No. 350. LAWRENCE-CEDARHURST BANK *v.* DAVIS, TRUSTEE. C. A. 2d Cir. Certiorari denied. *Edward S. Bentley* for petitioner. *Max Schwartz* for respondent.

No. 264. ADDISON ET AL. *v.* HURON STEVEDORING CORP. ET AL. C. A. 2d Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion certiorari should be granted. *Max R. Simon, Monroe Goldwater* and *James L. Goldwater* for petitioners. *Acting Solicitor General Stern, Assistant Attorney General Burger, Samuel D. Slade* and *Marvin C. Taylor* for respondents.

No. 313. DRUMMOND *v.* VIRGINIA. Supreme Court of Appeals of Virginia. Certiorari denied.

No. 322. IOWA STATE TRAVELING MEN'S ASSOCIATION *v.* PARMALEE. C. A. 5th Cir. Certiorari denied. MR. JUSTICE REED and MR. JUSTICE JACKSON are of the opinion certiorari should be granted. *Robert H. Anderson* and *D. P. S. Paul* for petitioner.

No. 326. FLETCHER *v.* NOSTADT ET AL. C. A. 4th Cir. Certiorari denied. Petitioner *pro se.* *Charles E. Morganston* for Nostadt, respondent.

No. 59, Misc. BEELER *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioner *pro se.* *Acting Solicitor General Stern, Assistant Attorney General Olney, Beatrice Rosenberg* and *John R. Wilkins* for the United States.

No. 73, Misc. CRUTCHERS *v.* SKEEN, WARDEN. Supreme Court of Appeals of West Virginia. Certiorari